```
                              United States Bankruptcy Court
                               Northern District of Ohio
In re:                                                              Case No. 13-40947-kw
John R. Basinger                                                    Chapter 7
Carol A. Basinger
          Debtors                       CERTIFICATE OF NOTICE
District/off: 0647-4           User: kmigl                  Page 1 of 2                  Date Rcvd: May 01, 2013
                               Form ID: 227i                Total Noticed: 27


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
May 03, 2013.
db/db         John R. Basinger,    Carol A. Basinger,    41784 Kelly Park Road,    Leetonia, OH 44431-9678
tr           +Richard G Zellers,   Richard G. Zellers & Associates,    3810 Starrs Centre Dr,
               Canfield, OH 44406-8003
22297594      Advanced Urology Inc.,    P.O. Box 76526,    Cleveland, OH 44101-6500
22297595     +Advanced Urology, Inc.,    904 Sahara Trail,    Youngstown, OH 44514-3695
22297596     +Alliance Community Hospital,    264 E. Rice Street,    Alliance, OH 44601-4399
22297603     +Comprehensive Brace & Limb Center,    2235 E. Pershing Street,    Salem, OH 44460-3478
22297604      Emergency Prof. Services Inc.,    2620 Ridgewood Road,    Akron, OH 44313-3527
22297609     +MVES Boardman LLC,    5700 Darrow Road,    Suite 106,    Hudson, OH 44236-5026
22297610      MVES Boardman, Inc.,    P.O. Box 200451,    Pittsburgh, PA 15251-0451
22297611     +Northeastern Ohio Uro Surgeons,    885 S. Sawburg Road,    Suite 105,    Alliance, OH 44601-5905
22297612      Ohio Imaging Associates, Inc.,    P.O. Box 74691,    Cleveland, OH 44194-4691
22297613      Paymed Solutions, Inc.,    fka: FCI Financial Services,    P.O. Box 13361,    Akron, OH 44334-8761
22297614     +Salem Community Hospital,    1995 E. State Street,    Salem, OH 44460-2400
22297615     +Salem Radiologists, Inc.,    2094 E. State Street,    Salem, OH 44460-4409
22297617     +St. Elizabeth Boardman Health Ctr.,    8401 Market Street,    Youngstown, OH 44512-6725
22297618     +Tractor Supply,    P.O. Box 650723,    Dallas, TX 75265-0723
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
aty           E-mail/Text: epsteinlaw@sbcglobal.net May 01 2013 22:50:09      Bruce R Epstein,   5500 Market St,
               #101,   Youngstown, OH 44512-1701
22297597      EDI: HFC.COM May 01 2013 22:33:00      Best Buy,   Retail Services,    P.O. Box 15521,
               Wilmington, DE 19850-5521
22297598      EDI: CAPITALONE.COM May 01 2013 22:33:00      Capital One,   P.O. Box 30285,
               Salt Lake City, UT 84130-0285
22297599     +EDI: CAPITALONE.COM May 01 2013 22:33:00      Capital One,   P.O. Box 70884,
               Charlotte, NC 28272-0884
22297600     +EDI: CAPITALONE.COM May 01 2013 22:33:00      Capital One Bank,    15000 Capital One Drive,
               Recoveries PMO - Legal,    Richmond, VA 23238-1119
22297602      EDI: CHASE.COM May 01 2013 22:33:00      Chase,   P.O. Box 15153,    Wilmington, DE 19886-5153
22297601      EDI: CHASE.COM May 01 2013 22:33:00      Chase,   P.O. Box 15298,    Wilmington, DE 19850-5298
22297605     +E-mail/Text: SMAYNE@GEAUGASAVINGS.COM May 01 2013 22:55:01      Geauga Savings Bank,
               10800 Kinsman Road,    Newbury, OH 44065-9744
22297607     +EDI: CITICORP.COM May 01 2013 22:33:00      Home Depot,   P.O. Box 20483,
               Kansas City, MO 64195-0483
22297608     +EDI: CBSKOHLS.COM May 01 2013 22:33:00      Kohl's Credit/Recovery,    P.O. Box 3004,
               Milwaukee, WI 53201-3004
22297616     +EDI: SEARS.COM May 01 2013 22:33:00      Sears Bankruptcy Recovery,    Citibank USA/Sears,
               P.O. Box 20363,    Kansas City, MO 64195-0363
                                                                                              TOTAL: 11

           ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
22297606*    +Geauga Savings Bank,    10800 Kinsman Road,   Newbury, OH 44065-9744
                                                                                   TOTALS: 0, * 1, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: May 03, 2013**          **Signature:**          *Joseph Speetjens*

```
District/off: 0647-4          User: kmigl              Page 2 of 2              Date Rcvd: May 01, 2013
                              Form ID: 227i            Total Noticed: 27
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 1, 2013 at the address(es) listed below:
          Bruce R Epstein    on behalf of Debtor John R. Basinger epsteinlaw@sbcglobal.net, ATTY_BRUCEEPSTEIN@trustesolutions.com
          Bruce R Epstein    on behalf of Debtor Carol A. Basinger epsteinlaw@sbcglobal.net, ATTY_BRUCEEPSTEIN@trustesolutions.com
          Richard G Zellers    RGZTRUSTEE@CS.COM,  MDG3810@CS.COM;oh10@ecfcbis.com

                                                                                       TOTAL: 3

# United States Bankruptcy Court for the Northern District of Ohio

**Form ohnb 9A** (Chapter 7 Individual or Joint Debtor No Asset Case) (12/12)     Case Number **13–40947–kw**

## Notice of Chapter 7 Bankruptcy Case, Meeting of Creditors, & Deadlines

A Chapter 7 bankruptcy case concerning the debtor(s) listed below was filed on April 30, 2013. You may be a creditor of the debtor. **This notice lists important deadlines and explanations of your rights and duties.** Please read both sides of this notice.

### Case Information

**Case Number:** 13–40947–kw

**Debtor(s):**
John R. Basinger
41784 Kelly Park Road
Leetonia, OH 44431–9678

Carol A. Basinger
41784 Kelly Park Road
Leetonia, OH 44431–9678

**Other names used by the Debtor(s) in the last 8 years:**
aka John Basinger–
aka Carol Basinger–

**Last Four Digits of Debtor's Social Security Number or Individual Taxpayer ID Number (ITIN)/Complete EIN:**
xxx–xx–7143
xxx–xx–0313

**Attorney for Debtor:**
Bruce R Epstein
5500 Market St
#101
Youngstown, OH 44512–1701
Telephone number: (330) 782–7000

**Bankruptcy Trustee:**
Richard G Zellers
Richard G. Zellers & Associates
3810 Starrs Centre Dr
Canfield, OH 44406
Telephone number: (330) 702–0780

### Meeting of Creditors

All debtors **must** bring the following proofs of identification to the meeting of creditors:

- Valid, unexpired photo identification (driver's license, state ID, employee ID, etc.). If the case is a joint filing, both debtors must have identification; AND
- Proof of social security number. Government– or employer–issued documentation, such as social security card, IRS tax transcript, W–2, or 1099, is acceptable proof.

**Date:** June 11, 2013
**Time:** 01:00 PM
**Location:** Federal Building, 10 East Commerce St., 341 Meeting Room, 3rd Floor, Youngstown, OH 44503

### Presumption of Abuse under 11 U.S.C. § 707(b)
*See "Presumption of Abuse" on the other side of this notice.*

The presumption of abuse does not arise.

### Deadlines

*Papers must be received by the bankruptcy clerk's office by the stated deadline.*

**Deadline to File a Proof of Claim:** *Please do not file a proof of claim unless you receive a notice to do so.*

**Deadline to Object to Debtor's Discharge or to Challenge the Dischargeability of Certain Debts:** August 12, 2013

**Deadline to Object to Exemptions:** 30 days after the *conclusion* of the meeting of creditors.

**Address of the Bankruptcy Court Clerk's Office:**
U.S. Bankruptcy Court
Federal Building & US Courthouse
10 East Commerce Street
Youngstown, OH 44503

**For the Court:**
Clerk of the Bankruptcy Court:
Kenneth J. Hirz

**Date:** May 1, 2013

**Refer to Other Side of this Notice for Important Explanations**

# EXPLANATIONS

**Filing of Chapter 7 Bankruptcy Case:**
A bankruptcy case under Chapter 7 of the Bankruptcy Code (title 11, United States Code) has been filed in this court by or against the debtor(s) listed on the other side of this notice, and an order for relief has been entered.

**Creditors Generally May Not Take Certain Actions:**
In most instances, the filing of the bankruptcy case automatically stays certain collection and other actions against the debtor, the debtor's property, and certain codebtors. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although the debtor can request the court to extend or impose a stay. If you attempt to collect a debt or take other action in violation of the Bankruptcy Code, you may be penalized. Prohibited collection actions against the debtor and certain codebtors are listed in Bankruptcy Code § 362. Common examples of prohibited actions include contacting the debtor by telephone, mail, or otherwise to demand repayment; taking actions to collect money or obtain property from the debtor; repossessing the debtor's property; starting or continuing lawsuits or foreclosures; and garnishing or deducting from the debtor's wages.

**Presumption of Abuse:**
If the presumption of abuse arises, creditors have the right to file a motion to dismiss the case under § 707(b) of the Bankruptcy Code. The debtor may rebut the presumption by showing special circumstances.

**Meeting of Creditors:**
A meeting of creditors is scheduled for the date, time, and location listed on the other side of this notice. *The debtor (both spouses in a joint case) must be present at the meeting to be questioned under oath by the trustee and by creditors.* Creditors are welcome to attend, but are not required to do so. The meeting may be continued and concluded at a later date specified in a notice filed with the court.

**Claims:**
There does not appear to be any property available to the trustee to pay creditors. *Therefore, you should not file a Proof of Claim at this time.* If it later appears that assets are available to pay creditors, you will be sent another notice telling you that you may file a Proof of Claim, and telling you the deadline for filing your Proof of Claim. If this notice is mailed to a creditor at a foreign address, the creditor may file a motion requesting the court to extend the deadline.
*Do not include this notice with any proof of claim or other filing you submit to the court.*

**Discharge of Debts:**
The debtor is seeking a discharge of most debts, which may include your debt. A discharge means that you may never try to collect the debt from the debtor. If you believe that the debtor is not entitled to receive a discharge under Bankruptcy Code § 727(a), *or* that a debt owed to you is not dischargeable under Bankruptcy Code § 523(a)(2), (4), or (6), you must start a lawsuit by filing a complaint –– or a motion if you assert the discharge should be denied under § 727(a)(8) or (a)(9) –– in the bankruptcy clerk's office by the "Deadline to Object to Debtor's Discharge or to Challenge the Dischargeability of Certain Debts" listed on the other side of this notice. The bankruptcy clerk's office must receive the motion or complaint and any required filing fee by that deadline.

**Exempt Property:**
The debtor is permitted by law to keep certain property as exempt. Exempt property will not be sold and distributed to creditors. The debtor must file a list of all property claimed as exempt. You may inspect the list at the bankruptcy clerk's office. If you believe that an exemption claimed by the debtor is not authorized by law, you may file an objection to that exemption. The bankruptcy clerk's office must receive the objection by the "Deadline to Object to Exemptions" listed on the other side of this notice.

**Bankruptcy Clerk's Office:**
Any paper that you file in this bankruptcy case must be filed at the bankruptcy clerk's office at the address listed on the other side of this notice. You may inspect all papers filed, including the list of the debtor's property and debts and the list of the property claimed as exempt, at the bankruptcy clerk's office. The clerk's office is open Monday through Friday from 9:00 AM to 4:00 PM, except on federal holidays. Additional information can be found on the court's website at www.ohnb.uscourts.gov, including Forms, Local Bankruptcy Rules, Administrative and General Orders, Judges' Hearing Dockets, the United States Code, and the Federal Rules of Bankruptcy Procedure.

**Legal Advice:**
The staff of the bankruptcy clerk's office is not permitted to give legal advice. You may want to consult an attorney to determine your rights in this case. If you are a creditor with a foreign address, you should consult with a lawyer familiar with United States bankruptcy law if you have any questions regarding your rights in this case.

**Refer to Other Side of this Notice for Important Deadlines and Notices**